RECEIVED
United States Marshal
APR 23 2019
Northern District of
California - Oakland

FILED
APR 23 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>　　　　Plaintiff,<br>　v.<br>JUAN ANDRES BERNAL,<br>　　　　Defendant. | Case No. 4:19-mj-70541-MAG-4 (DMR)<br><br>Charging District's Case No.<br>19-MJ-01518 |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the Central District of California, Los Angeles.

The defendant may need an interpreter for this language: Spanish.

The defendant:　　　　( ) will retain an attorney.

　　　　　　　　　　(X) is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The Marshal or officer of the charging district should immediately notify the United States Attorney and the Clerk of the Clerk for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The Clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated: April 23, 2019

_____
DONNA M. RYU
United States Magistrate Judge

Cc: Copy to parties via ECF; 2 Certified copies to the U.S. Marshal; Pret. Svcs.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | 2:19-mj-01518 DUTY (6) | Date April 23, 2019 |

Present: The Honorable  John A. Kronstadt, United States District Judge

Interpreter

| Andrea Keifer | Not Reported | Khaldoun Shobaki: Not Present<br>Joshua O. Mausner: Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Juan Andres Bernal | Not | X | | Richard M. Callahan, Jr. | Not | | X |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING HEARING ON GOVERNMENT'S EX PARTE APPLICATION FOR ORDER STAYING RELEASE OF DEFENDANT JUAN ANDRES BERNAL (DKT. 21); AND**

**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION AND REQUEST FOR HEARING (DKT. 20)**

Based on a review of the Government's Ex Parte Applications (Dkt. 20, 21), the Defendant's Opposition (Dkt. 26), and the lodged documents relating to the proceedings held before Magistrate Judge Ryu in the Northern District (Dkt. 25), a hearing is set for May 2, 2019 at 8:30 a.m. with respect to the review of Judge Ryu's order approving Defendant's release on bond. Dkt. 25-2 at 64-66. The Government shall arrange to have the Defendant transferred to this District forthwith. Following his arrival, and no later than April 30, 2019, the Defendant shall appear before the Magistrate Judge on duty for a preliminary hearing and/or arraignment proceedings. At the conclusion of that hearing, the Defendant shall appear in this Court on May 2, 2019 at 8:30 am, for a hearing on the review of the appeal of the order of Judge Ryu. The Court directs the Pretrial Services Office to conduct an investigation of Defendant and then prepare and file a report on or before April 30, 2019.

**IT IS SO ORDERED.**

cc:   U.S. Probation & Pretrial Services Office
      U.S. Marshal / Bureau of Prisons

Initials of Deputy Clerk   ak